UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20821

GARY BAUGH,

    Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

    Defendants.
_____/

### NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Gary Baugh, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 8th day of March 2023.

    s/ Toussaint Cummings, Esq.
    Toussaint Cummings, Esq. (119877)
    toussaint@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel: (305) 230-4884
    *Counsel for Plaintiff*