UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20821

GARY BAUGH,

    Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Plaintiff, Gary Baugh, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

*Robert Silva vs. Medx Staffing, Inc. and NoMi Health, Inc.* 1:23-CV-20588

*Maria Hernandez vs. Medx Staffing, Inc. and NoMi Health, Inc.* 1:23-CV-20738

*Juan Valdez vs. Medx Staffing. Inc and NoMi Health, Inc.* 1:23-CV-20753

*Paul Rodriguez vs. Medx Staffing, Inc. and NoMi Health, In.* 1:23-CV-20741

Respectfully submitted this 8th day of March 2023,

                                        Toussaint M. Cummings, Esq.
                                        Toussaint M. Cummings, Esq.
                                        Fla. Bar No. 119877
                                        toussaint@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*