**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:23-cv-20821-MARTINEZ-BECERRA**

GARY BAUGH,

      Plaintiff,

v.

MEDX STAFFING INC. and
NOMI HEALTH, INC.,

      Defendants.

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

This matter has come before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration. Having considered the Joint Motion, and good cause appearing, the Court **GRANTS** the Joint Motion. It is hereby **ORDERED** that the parties' arbitration agreement is valid and enforceable, and that the claims in this action are covered by it. Plaintiff's claims in this action are compelled to individual arbitration in accordance with the agreement. This case is stayed pending the resolution of that arbitration.

**DONE AND ORDERED** this _____ day of _____ 2023.

 

                                                           _____
                                                           Honorable Jose E. Martinez
                                                           United States District Judge