UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20821-CIV-MARTINEZ-BECERRA

GARY BAUGH,

    Plaintiff,

v.

MEDX STAFFING INC. and
NOMI HEALTH, INC.,

    Defendants.
_____/

## ORDER STAYING AND CLOSING CASE

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration ("Motion to Stay"). (ECF No. 6). The parties move to stay this case pending arbitration on Plaintiff's claims. (*Id.*). Plaintiff agrees that his claims are subject to a binding arbitration agreement. (*Id.*).

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Stay, (ECF No. 6), is **GRANTED**. This case is **STAYED** pending completion of arbitration.

2. The Clerk of the Court is **DIRECTED** to mark this case as **CLOSED** for administrative purposes only. This Order shall not prejudice the substantive rights of any of the parties to this litigation.

3. No later than **five (5) days** after the completion of arbitration, Plaintiff shall file a notice with the Court informing it on the outcome of the arbitration. In addition, every **sixty (60) days** from the date of this Order, the parties shall inform the Court regarding the status of the arbitration proceedings.

**DONE AND ORDERED** in Miami, Florida, this 24 day of March, 2023.

                                                                                                      _____
                                                                                                      JOSE E. MARTINEZ
                                                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record