UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-20821-MARTINEZ/BECERRA

GARY BAUGH,

       Plaintiff,

v.

MEDX STAFFING INC. and NOMI HEALTH, INC.,

       Defendants.

## JOINT STATUS REPORT CONCERNING ARBITRATION

Pursuant to the Court's March 24, 2023 order (Dkt. 8), Plaintiff Gary Baugh and Defendants MedX Staffing, Inc. and Nomi Health, Inc. hereby submit this joint report informing the Court of the status of arbitration proceedings. The Parties state that Plaintiff filed his arbitration demand, an arbitrator has been appointed, and the arbitration remains ongoing.

Respectfully submitted this 23rd day of May 2023.

| | |
|---|---|
| */s/ Toussaint Cummings, Esq.* | */s/ Andrew M. McKinley* |
| Brian H. Pollock, Esq. | Andrew M. McKinley |
| Florida Bar No. 174742 | Florida Bar No. 122069 |
| Toussaint Cummings, Esq. | SEYFARTH SHAW LLP |
| Florida Bar No. 119877 | 1075 Peachtree Street, N.E. |
| FAIRLAW FIRM | Suite 2500 |
| 135 San Lorenzo Avenue | Atlanta, GA 30309-3958 |
| Suite 770 | Telephone: (404) 885-1500 |
| Coral Gables, FL 33146 | Facsimile: (404) 892-7056 |
| Telephone: (305) 230-4884 | amckinley@seyfarth.com |
| brian@fairlawattorney.com | |
| toussaint@fairlawattorney.com | *Attorney for Defendant Nomi Health, Inc.* |

*Attorneys for Plaintiff Gary Baugh*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve a copy of the same on all counsel of record.

                                                      */s/ Andrew M. McKinley*
                                                    Andrew M. McKinley